2014-2996 N CRThe People of the State of New York, Respondent,
against
Blay Tarnoff, Appellant.



Appeal from a judgment of the Justice Court of the Village of Port Washington North, Nassau County (Howard S. Krebs, J.), rendered October 21, 2014. The judgment, insofar as appealed from as limited by the brief, convicted defendant, after a nonjury trial, of violating Village of Port Washington North Ordinance § 162-2.




ORDERED that the judgment of conviction, insofar as appealed from, is reversed, on the law, and the parking ticket is dismissed.
On August 8, 2010, at 10:50 p.m., a parking ticket was issued pertaining to a 1995 grey Nissan four-door sedan with New York State license plate number AHY2487, in which it was alleged that the vehicle had been parked in a no-parking area of the Stop & Shop located in the Village of Port Washington North in violation of Village of Port Washington North Ordinance § 162-2. A parking ticket is the functional equivalent of an appearance ticket issued in accordance with CPL 150.10 and 150.20 (see People v O'Shea, 2003 NY Slip Op 51102[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2003]; People v Gilberg, 166 Misc 2d 772 [App Term, 2d Dept, 9th & 10th Jud Dists 1995]; People v Weinberg, 146 Misc 2d 441 [App Term, 2d Dept, 9th & 10th Jud Dists 1990]). However, an appearance ticket is not an accusatory instrument and its filing does not confer jurisdiction over a defendant (see People v Scott, 3 NY2d 148 [1957]; People v Needleman, 35 Misc 3d 149[A], 2012 NY Slip Op 51118[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2012]; People v Horner, 176 Misc 2d 93 [App Term, 2d Dept, 9th & 10th Jud Dists 1998]; People v Gabbay, 175 Misc 2d 421 [App Term, 2d Dept, 9th & 10th Jud Dists 1997]). There is no indication in the record before us that a proper accusatory instrument was ever filed with the Justice Court (see CPL 150.50). Consequently, the parking ticket must be dismissed, since the court never acquired jurisdiction over defendant (see Gabbay, 175 Misc 2d at 422).
Accordingly, the judgment of conviction, insofar as appealed from, is reversed and the parking ticket is dismissed.
Iannacci, J.P., and Brands, J., concur.
Decision Date: January 24, 2017